Opinion by OLIVER, C. J.   The motion to dismiss was granted.

No. 58208.—Atlantic Bead Corp. v. United States, protest 224033–K (New York).

Opinion by OLIVER, C. J.   The motion to dismiss was granted.

BEFORE THE SECOND DIVISION, JUNE 23, 1954

No. 58209.—Inter-Maritime Forwarding Co., Inc. v. United States, protest 213652–K (New York).

Opinion by LAWRENCE, J.   In accordance with stipulation of counsel that the merchandise consists of so-called "angel chimes," in chief value of brass, and that said items are chimes designed for use and chiefly used for utilitarian purposes on the table or in rooms of a household as household utensils, the claim of the plaintiff was sustained.

No. 58210.—McCorquodale Process, Inc., and Barnett International Forwarders, Inc. v. United States, protests 186166–K and 214070–K (New York).

Opinion by LAWRENCE, J.   In accordance with stipulation of counsel that certain items of the merchandise consist of McCorquodale machines or parts thereof similar in all material respects to the machine which was the subject of United States v. Perry Ryer & Co. (41 C. C. P. A. 18, C. A. D. 524), the claim of the plaintiffs was sustained.

No. 58211.—Austin Motor Co., Ltd., et al. v. United States, protests 212681–K, etc. (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that certain items of the merchandise consist of speedometers and parts thereof similar in all material respects to the merchandise the subject of *Industrial Operations, Inc.* v. *United States* (30 Cust. Ct. 82, C. D. 1500), except that the speedometers and parts thereof in the cited case were designed and intended for use as parts of motorcycles whereas those at bar are intended for use as parts of automobiles, the claim of the plaintiffs was sustained.